416

## People of State of Illinois, Defendant in Error, v. Paul Zeien, Plaintiff in Error.

Gen. No. 10,095.

opinion filed April 18, 1947; modified opinion filed May 20, 1947; released for publication June 7, 1947. George D. Carbary and Paul M. Hamilton, for plaintiff in error; Don A. Wicks, State's Attorney, and C. Russell Allen, Assistant State's Attorney, for defendants in error. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.